AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT GENE BAILEY, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CHARITA WATSON SMITH, et al., )<br>    Defendants. )<br>) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:09-CV-513-F** |

**Decision by Court.**

    IT IS ORDERED AND ADJUDGED that pursuant to 28 U.S.C. § 1915(g), this action hereby is DISMISSED.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **December 3, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Robert Gene Bailey
Cumberland County Detention Center
204 Gillespie Street
Fayetteville, NC 28301

| | |
|---|---|
| December 3, 2009 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |